1004

No. 98–5341.  CAIN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–5350.  BURGER v. MASTERS, MATES & PILOTS UNION ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–5656.  HOOD v. HELLING, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 98–5748.  FARRIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–5827.  HENDERSON v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 98–5953.  LINK v. PRODUCTION CREDIT ASSN.  C. A. 8th Cir.  Certiorari denied.

No. 98–5954.  McDONALD v. MILLER, GOVERNOR OF NEVADA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–5969.  OKEN v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 98–5983.  HUTCHISON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–5984.  HAINES v. TERRANGI, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 98–5985.  GORE v. THE ENTERPRISE.  C. A. 11th Cir.  Certiorari denied.

No. 98–5987.  GRAY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–5988.  SKIPPER v. ETOWAH COUNTY DEPARTMENT OF HUMAN RESOURCES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–5989.  SHAMSIDEEN v. TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.